# EXHIBIT "A"

DIANA ADJADJ (SBN: 265651)
ADJADJ LEGAL GROUP
Executive Square
4225 Executive Square; Suite: 600
La Jolla, CA 92037
Tel:    619.432.5145
Fax:   619.432.0051
Diana@AdjadjLegalGroup.com

ATTORNEY FOR THE PLAINTIFF
LIDIA FLORES

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
01/24/2022 at 11:42:31 AM
Clerk of the Superior Court
By Emily Schilawski, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO – CENTRAL– HALL OF JUSTICE – UNLIMITED CIVIL

| | |
|---|---|
| LIDIA FLORES, an individual | Case No.: 37-2022-00002810-CU-PO-CTL |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| vs. | UNLIMITED CIVIL JURISDICTION |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation, registered and doing business in California as a Foreign Corporation and DOES 1 - 25 inclusive, | (1) Premises Liability<br>(2) Negligence<br>(3) Willful Failure to Warn<br>(4) Dangerous Condition of Public Property |
| Defendants. | **JURY TRIAL** |

Plaintiff LIDIA FLORES, an individual, alleges as follows:

1. The facts giving rise to these causes of action and damages alleged herein occurred in the city of San Diego, California. Further the damages being sought are within the jurisdiction of the court.

2. The Plaintiff LIDIA FLORES, at all relevant times herein, is and has been a lawful resident of San Diego County. ("**Plaintiff**")

3. The Defendants, COSTCO WHOLESALE CORPORATION and DOES 1-25 (collectively "**Defendants**") were operating, profiting, generating revenues and otherwise profiting in San Diego, California. Further, the Defendants and each of them owned, maintained, managed, operated and/or

1 | COMPLAINT FOR DAMAGES – Premises Liability

were liable for the premises located at: 8125 Fletcher Pkwy, La Mesa, CA 91942, commonly known as La Mesa, CA Costco Warehouse, at all relevant times herein. ("**Premises**")

4. Plaintiff is ignorant of the true names and capacities of the defendants sued in this complaint as Does 1-25. Plaintiff is informed, believes and thereon alleges that these defendants have legal responsibility, participated in the complaints herein and are indebted to Plaintiff, therefore Plaintiff sues said defendants by such fictitious names and will request leave of Court to amend this Complaint to allege their true names and capacities when ascertained.

### ALLEGATIONS COMMON TO AND INCLUDED IN ALL CAUSES OF ACTION

5. On or about February 19, 2021, at approximately 8:10 PM while shopping at La Mesa, CA Costco Warehouse, the Plaintiff while lawfully on the Premises, and walking down an aisle, she slipped and fell on a liquid or smashed produce that was not easily visible. The Plaintiff did not observe any warning signs, the foreign substance on the ground was not clearly visible ("**Trip Hazard**").

6. The Plaintiff's unaware of the Trip Hazard slipped and fell on the foreign substance and immediately upon impact felt a burning sensation in her right knee, right pinky and other parts of her body. The Plaintiff's right knee directly hit the concrete floor and she attempted to brace herself with her right hand, causing immediate injury to the right side of her body ("**Incident**").

7. At the time of the incident the Defendants and each of them, failed to place a warning or caution sign, failed to complete routine inspections of the Premises to confirm that the floor was safe for customers to walk on and failed to monitor the floor Premises for dangerous conditions, such as the Trip Hazard that existed on the date of the Incident.

//

//

8. As a result of this Incident the Plaintiff sustained serious bodily injuries and required immediate attention which she sought out at the urgent care shortly thereafter, and she has continued protracted medical treatment ever since.

9. As a direct and proximate result of the Defendants' actions as alleged herein the Plaintiff was compelled to employ the services of hospitals, physicians, surgeons, nurses, and did incur hospital, medical, professional and incidental expenses. The Plaintiff is informed and believes, and upon such information and belief alleges that she will incur additional like expenses for an indefinite period of time in the future.

10. The Plaintiff's damages are all in a sum to be shown according to proof at trial.

### First Cause of Action
### PREMISES LIABLITY against ALL Defendants

11. The Plaintiff incorporates by reference paragraphs 1 through 10 and each and every part thereof with the same force and effect as though set out at length herein.

12. As alleged herein the Plaintiff endured substantial injuries because of the Defendants' negligence. Specifically, the Defendants negligently owned, maintained, managed and/or operated the Premises allowing the dangerous Trip Hazard to remain on their Premises without warning. As a result of these negligent acts of the Defendants, and each of them, they actually and proximately caused permanent harm and injury to the Plaintiff in an amount to be proved at trial.

### Second Cause of Action
### NEGLIGENCE against ALL Defendants

13. The Plaintiff incorporates by reference paragraphs 1 through 12 and each and every part thereof with the same force and effect as though set out at length herein.

14. As alleged herein the Plaintiff endured substantial injuries because of the Defendants' negligence. Specifically, the Defendants negligently owned, maintained, managed and/or operated

the Premises allowing the dangerous Trip Hazard to remain on their Premises without warning. As a result of these negligent acts of the Defendants, and each of them, they actually and proximately caused permanent harm and injury to the Plaintiff in an amount to be proved at trial.

### Third Cause of Action
### WILLFULL FAILURE TO WARN against ALL Defendants

15. The Plaintiff incorporates by reference paragraphs 1 through 14 and each and every part thereof with the same force and effect as though set out at length herein.

16. As alleged herein the Plaintiff endured substantial injuries because of the Defendants' negligence. Specifically, the Defendants negligently owned, maintained, managed and/or operated the Premises allowing the dangerous Trip Hazard to remain on their Premises without warning. As a result of these negligent acts of the Defendants, and each of them, they actually and proximately caused permanent harm and injury to the Plaintiff in an amount to be proved at trial.

### Fourth Cause of Action
### DANGEROUS CONDITION against ALL Defendants

17. The Plaintiff incorporates by reference paragraphs 1 through 16 and each and every part thereof with the same force and effect as though set out at length herein.

18. As alleged herein the Plaintiff endured substantial injuries because of the Defendants' negligence. Specifically, the Defendants negligently owned, maintained, managed and/or operated the Premises allowing the dangerous Trip Hazard to remain on their Premises without warning. As a result of these negligent acts of the Defendants, and each of them, they actually and proximately caused permanent harm and injury to the Plaintiff in an amount to be proved at trial.

//

//

//

WHEREFORE, Plaintiff prays for judgment against defendants, and each of them as follows:

## FOR ALL CAUSES OF ACTION

A. General damages in the sum according to proof;

B. Special damages which includes the sum incurred for services of hospitals, physicians, surgeons, nurses and other medical supplies and services;

C. For the maximum interested provided by law including but not limited to, California Civil Code Section 3291;

D. For attorney fees as allowed by law; and

E. Costs of suit and other relief as the Court deems proper.

DATED: January 24, 2022          ADJADJ LEGAL GROUP

*Diana Adjadj*
DIANA ADJADJ
Attorneys for Plaintiff