JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA FLORES, an individual, <br><br>          Plaintiffs, <br>vs. <br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, registered and doing business in California as a Foreign Corporation and DOES 1 - 25 inclusive, <br><br>          Defendants. | Case No.: 2:22-cv-06267-RGK-PLA <br><br>**ORDER RE MOTION TO WITHDRAW NOTICE OF REMOVAL AND REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO** <br><br>Date:         October 26, 2022 <br>Time:        10:00 a.m. <br>Courtroom:  540 |

The Motion of Defendant COSTCO WHOLESALE CORPORATION for an Order remanding this cause to the Superior Court of the State of California, County of San Diego, pursuant to 28 U.S.C. §1447(c), came on regularly for hearing before this Court. Counsel of record for Plaintiff and Defendant appeared for Defendant.

After consideration for the briefs and arguments of counsel, and all other matters presented to the Court:

///

///

///

///

---

1

ORDER RE MOTION TO WITHDRAW NOTICE OF REMOVAL AND REMAND TO THE
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

1       **IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw its Notice of
2 Removal is **GRANTED** and the matter is remanded to Superior Court of the State of
3 California, County of San Deigo.

4

5 Dated: SEPTEMBER 28, 2022

                                                        *Gary Klausner*
                                                     United State District Judge